# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LONNELL RAMSEY, JR., | CV F 03 6173 REC LJO P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS THE ACTION (Doc. 12.), DISMISSING ACTION, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANTS |
| v. | |
| BAILLIE, et. al., | |
| Defendants. | |

Tommy Lonnell Ramsey, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on August 9, 2003. On November 17, 2004, the Court dismissed the Complaint with leave to amend. Plaintiff amended the Complaint on December 13, 2004.

On April 10, 2006, the Court dismissed the Amended Complaint with leave to amend. Instead of amending the Complaint yet again, however, Plaintiff, on April 10, 2006, moved to dismiss the action.

In light of Plaintiff's request, the Court HEREBY ORDERS:

1. Plaintiff's request to dismiss the action is GRANTED;
2. All pending Motions are DENIED as MOOT;
3. The case is DISMISSED; and
4. The Clerk of Court is DIRECTED to enter Judgment for defendants.

IT IS SO ORDERED.

Dated: **April 12, 2006**          /s/ Robert E. Coyle
668554                             UNITED STATES DISTRICT JUDGE